NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FACEBOOK, INC.,**
*Appellant*

**v.**

**WINDY CITY INNOVATIONS, LLC,**
*Cross-Appellant*

---

2018-1400, 2018-1401, 2018-1402, 2018-1403, 2018-1537, 2018-1540, 2018-1541

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-01156, IPR2016-01157, IPR2016-01158, IPR2016-01159, IPR2017-00659, IPR2017-00709.

---

**ON PETITION FOR PANEL REHEARING**

---

Before PROST, *Chief Judge*, PLAGER and O'MALLEY, *Circuit Judges*.

PER CURIAM.

## O R D E R

Appellant Facebook, Inc. filed a combined petition for panel rehearing and rehearing en banc.

2    FACEBOOK, INC. v. WINDY CITY INNOVATIONS, LLC

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is granted to the extent that the previous precedential opinion and judgment issued March 18, 2020, are withdrawn and replaced with the modified precedential opinion and judgment accompanying this order.

FOR THE COURT

September 4, 2020
   Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court